**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Aleksandre Chaduneli,
Petitioner,
v.
Merrick B. Garland, et al.,
Respondents.

No. CV-26-01697-PHX-AMM (JFM)

**ORDER**

On March 12, 2026, self-represented Petitioner Aleksandre Chaduneli, who is confined in the San Luis Regional Detention Center, filed a Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and paid the filing fee. (Doc. 1.) On September 4, 2026, the Court granted the Petition as to Petitioner's request for a bond hearing and denied Petitioner's request for immediate release. (Doc. 19.) The Court further ordered Respondents to provide Petitioner a bond hearing within 7 days of the filing date of the Order and directed the parties to file a joint status report within 3 days of the bond hearing. (*Id.*)

On September 8, 2026, Petitioner filed a "Motion to Consider Petition in Light of Recently Decided Cases." (Doc. 20.) Petitioner argues that a bond hearing will not sufficiently protect his constitutional rights and seeks immediate release. (Doc. 20.) Petitioner simultaneously filed a motion asking that the Court appoint counsel to represent him in this matter. (Doc. 21.)

///

The Court has previously considered Petitioner's request for immediate release and found that a bond hearing is appropriate in this case. (*See* Doc. 19.) Petitioner does not raise any new argument or recently decided case that would alter this analysis.

Moreover, Petitioner's motion comes before Respondents' deadline to provide him with a bond hearing has expired. Thus, Petitioner's argument that a bond hearing will not effectively protect his constitutional rights is premature. Finally, because the Court has already granted Petitioner relief in this case, Petitioner's request for counsel will be denied as moot.

Accordingly,

**IT IS ORDERED** that Petitioner's Motion to Consider Petition in Light of Recently Decided Cases is **DENIED**. (Doc. 20.)

**IT IS FURTHER ORDERED** that Petitioner's Motion for Appointment of Counsel is **DENIED AS MOOT**. (Doc. 21.)

Dated this 11th day of September, 2026.

Honorable Angela M. Martinez
United States District Judge